John D. McKay
California Bar No. 220202
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. #519
Winter Park, FL 32789
johndmckayatty@gmail.com
(800) 391-3654
*Attorney for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/13/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIYOSHI MATSUKAWA, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ALL NIPPON AIRWAYS CO., LTD., ) <br>     Defendant. ) <br> _____ ) | Case No. 19-cv-03258-YGR <br><br><br> NOTICE OF VOLUNTARY <br> DISMISSAL WITHOUT PREJUDICE <br> Fed. R. Civ. P. 41(a)(1)(A) and (B) |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and (B), Plaintiff, Kiyoshi Matsukawa, hereby serves this Notice of Voluntary Dismissal Without Prejudice.

    DATED this 2nd day of August, 2019.

                                                       PARK AVENUE LAW LLC

                                                       _____s/ John D. McKay_____
                                                       John D. McKay
                                                       Counsel for Plaintiff